IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TERRY LYNN SCHONEWITZ**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 1:11-cv-17–LG-RHW**

**UNKNOWN CABANA, et al.**  **DEFENDANTS**

<u>ORDER</u>

Plaintiff filed this *pro se* complaint pursuant to 42 U.S.C. § 1983.  The named defendants are Unknown Cabana and the Harrison County Adult Detention Center.  The Court notes that the Harrison County Adult Detention Center is not a separate legal entity that may be named as a party in a § 1983 lawsuit.  However, a county may be held liable in a § 1983 suit, in limited circumstances.  Since the Plaintiff is proceeding *pro se*, he will be provided an opportunity to amend his complaint to clarify if he is naming Harrison County as a defendant.  Accordingly, it is hereby,

ORDERED:

1. That on or before March 9, 2011, Plaintiff shall file a written response to:

(a) specifically state if the Plaintiff is naming Harrison County as a defendant, if so, specifically state how Harrison County violated his constitutional rights;

(b) specifically state how defendant Cabana violated his constitutional rights; and

(c) provide the full name of defendant Unknown Cabana.

2. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without**

**further notice to the Plaintiff.**

  3.  That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

  THIS the 16th day of February, 2011.

               s/Robert H. Walker
               UNITED STATES MAGISTRATE JUDGE